IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
MAY -2 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:25 mj 34 |
| | ) |
| DIMPLES L. CHAPMAN | ) |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 24, 2025, within the special maritime and territorial jurisdiction of the United States, DIMPLES L. CHAPMAN did commit assault by striking, beating or wounding. (In violation of Title 18, United States Code, Section 113.)

COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 24, 2025, within the special maritime and territorial jurisdiction of the United States, DIMPLES L. CHAPMAN did engage in disorderly conduct which created a loud, boisterous, and unusual noise, or which obstructed the normal use of entrances, exits, foyers, officer, corridors, elevators, and stairways or which tended to impede or prevent the normal operation of a service or operation of the facility. (In violation of 38 C.F.R. 1.218(b)(11).)

Erik S. Siebert
UNITED STATES ATTORNEY

By: *Catherine Black* (signature)
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Phone, (757) 591-0866 Fax
catherine.black@usdoj.gov

1

## CERTIFICATE OF MAILING

I hereby certify that on May 2, 2025, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By: *(signature)*
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov